MOORE-RANE MANUFACTURING COMPANY, *Appellant*, v. AULT IRRIGATION EQUIPMENT, INC., *Respondent*.

[No. 813-41384-1. Division Three. May 8, 1972.]

GLEN FALLS INSURANCE COMPANY, *Appellant*, v. VERLE R. VIETZKE *et al.*, *Respondents*.

1018

[No. 862-1.   Division One—Panel 2.   May 15, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
ARTHUR KIRK, JR., *Appellant*.

[No. 1196-1.   Division One—Panel 2.   May 15, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
LOUIS BORN, *Appellant*.

[No. 506-3.   Division Three.   May 15, 1972.]